UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-25233-CIV-MORENO

**VICTOR ARIZA**,

    Plaintiff,

vs.

**KIKO USA, INC., a foreign for-profit corporation,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings for thirty days for the parties to complete the settlement paperwork and file a stipulation of dismissal with prejudice.

DATED:  February 12, 2020.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of February, 2020, a true and correct copy of the foregoing has been filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the parties as listed in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.


Alejandro Brito, Esq.
ZARCO, EINHORN, SALKOWSKI & BRITO, P.A.
One Biscayne Tower\
2 South Biscayne Boulevard, 34th Floor
Miami, FL  33131
(305) 374-5418
abrito@zarcolaw.com

*Attorneys for Defendant*
*KIKO USA, INC.*

/s/ *Roderick V. Hannah*
      Roderick V. Hannah