UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-25233-CIV-MORENO**

VICTOR ARIZA,

        Plaintiff,

vs.

KIKO USA, INC., a foreign for-profit
corporation,

        Defendant.

_____/

## <u>FINAL ORDER OF DISMISSAL WITH PREJUDICE</u>

        THIS CAUSE came before the Court upon Notice of Voluntary Dismissal with Prejudice.

It is

        ADJUDGED that in light of the notice of voluntary dismissal, this case is **DISMISSED**

with prejudice.

        DONE AND ORDERED in Chambers at Miami, Florida, this _____ of March 2020.

                            _____
                            FEDERICO A. MORENO
                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record